```
                                    ☑ FILED      ___ LODGED
                                    ___ RECEIVED ___ COPY

                                         APR 1 5 2025

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY_____ KH  Z  DEPUTY
```

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
GENEVIEVE A. OZARK
Assistant U.S. Attorney
Mississippi State Bar No. 105598
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Genevieve.Ozark@usdoj.gov
Attorneys for Plaintiff

**SEALED**

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    vs.<br><br>McRenoisen Morales Sagina,<br><br>                    Defendant. | No. CR-25-8052-PCT-DJH (ESW)<br><br>**REDACTED INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 1153, 2241(a), and 2246(2)(C)<br>(CIR – Aggravated Sexual Abuse by Threat)<br>Count 1<br><br>18 U.S.C. §§ 1153, 2244(a)(1), and 2246(3)<br>(CIR – Abusive Sexual Contact by Threat)<br>Counts 2-3 |

THE GRAND JURY CHARGES:

## COUNT 1

In or about January 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, McRENOISEN MORALES SAGINA, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, by threatening and placing her in fear. The sexual act involved the penetration, however slight, of the victim's genital opening by the defendant's finger, with the intent to abuse, humiliate, harass and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2241(a), and 2246(2)(C).

**COUNT 2**

On or about March 10, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, McRENOISEN MORALES SAGINA, an Indian, did knowingly engage in sexual contact with the victim, Jane Doe, by threatening and placing her in fear. The sexual contact involved the intentional touching, directly and through the clothing, of the victim's buttocks with the defendant's hand, with an intent to abuse, humiliate, harass and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(1) and 2246(3).

**COUNT 3**

On or about March 10, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, McRENOISEN MORALES SAGINA, an Indian, did knowingly engage in sexual contact with the victim, Jane Doe, by threatening and placing her in fear. The sexual contact involved the intentional touching, directly and through the clothing, of the victim's breast with the defendant's hand, with an intent to abuse, humiliate, harass and degrade the victim, and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(1) and 2246(3).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 15, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
GENEVIEVE A. OZARK
Assistant U.S. Attorney